| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ) | *Peden v. Stalworth, et. al.,* |
| CENTRAL DISTRICT OF ILLINOIS | ) | USDC-15-4164 |

## AFFIDAVIT

I, STEPHANIE DORETHY, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed by the Illinois Department of Corrections ("IDOC") at Hill Correctional Center ("Hill") and working as warden of the facility. I accepted the position of warden in October of 2014. As warden, my duties involve, amongst other things, formulating and implementing rules, regulations, directives, policies, and procedures governing employees and inmates; assigning staff to meet day-to-day operating needs; and directing and evaluating program responsibility.

2. On April 16, 2012, Hill Correctional Center instituted a pilot program replacing breakfast and lunch with a single brunch dietary tray. This program was initiated with a planned end date of June 15, 2012.

3. The menu for the program was designed by the central office in Springfield, Illinois. To my knowledge, the brunch program provided offenders an adequately nutritional diet. Regardless, I ended the brunch policy in December of 2015 as the program was no longer cost efficient for IDOC.

4. I am not directly involved in the general meal selection for offenders. The statewide dietary manager creates a meal plan for offenders. The menu is created by the statewide dietary manager and then adjusted, need be, by the Correctional Food Service Supervisors based on the ingredients available at Hill.

5. Additionally, I am not involved in the meal preparation in any fashion. Meals are prepared by offenders under the supervision of Correctional Food Service Supervisors.

6. If an offender requests a religious diet, he would first submit a religious request to the facility chaplain to receive an alternative diet for religious purposes. To the best of my knowledge, Robert Peden was never denied a kosher diet by the chaplain and all meals prepared for Mr. Peden have been in accordance with a kosher diet upon his request.

7. To the best of my knowledge, Plaintiff has never grieved an issue regarding his diet while I have been employed as the warden. Accordingly, I was not made aware of any issues until the filing of this lawsuit.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6th, 2017.

_____
Stephanie Dorethy

Subscribed and sworn to before me this 6th day of October, 2017.

_____
Rebecca A. Wilcoxen
Notary Public

OFFICIAL SEAL
REBECCA A. WILCOXEN
Notary Public - State of Illinois
My Commission Expires 6/04/2020