E-FILED
Friday, 06 October, 2017  10:35:38 PM
Clerk, U.S. District Court, ILCD

Exhibit 3



OFFENDER : INFORMATION

# R20588 PEDEN, ROBERT

| Security Level | Medium | Escape Risk | Low | Grade* | A |
| Predator/Vulnerable | -- | Violation Status | -- | Release Type | P |

- Offender has an SRG Registy.
- SVP Eligible - Not Reviewed ;

## Assignment History Associated View

+ ADD NEW ASSIGNMENT...   GIVE ATTENDANCE   CHART PANE   RUN REPORT   EXPORT ASSIGNMENT HI...

| Offender | Location | Living Unit (Offender) | Job Assignment | Secti... | Pay Rate | Asgn Status ↑ | Prim... | Start Date | Planned End Date | Termination Date ↑ | Termination Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R20588 PEDEN,ROB... | HILL:HILL | HIL:HIL:R1:B:76:U1 | DIETARY DEPT. ,WORKER... | 26 | SKW/A/1.43 | ACTIVE | Yes | 4/9/2017 | 10/2/2017 | 10/2/2017 | CMPL OF JOB OR ASGN |
| R20588 PEDEN,ROB... | HILL:HILL | HIL:HIL:R1:B:76:U1 | KOSHER ,PARTICIPANT-H... | 1 | | ACTIVE | No | 10/1/2014 | | | |