| UNITED STATES DISTRICT COURT | ) | *Peden v. Stalworth, et. al.,* |
|---|---|---|
| CENTRAL DISTRICT OF ILLINOIS | ) | USDC-15-4164 |

## AFFIDAVIT

I, JONATHAN BROWN, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed by the Illinois Department of Corrections ("IDOC") at Hill Correctional Center ("Hill") and working as a Corrections Food Service Supervisor ("CFSS"). As a CFSS, my duties involve, among other things, supervising inmates in the storage, service, and preparation of meals, maintaining sanitary and custodial measures, and inspecting the kitchen and dining area to insure good sanitation practices.

2. As a CFSS, I have no influence on the menu served at Hill Correctional Center. The statewide dietary manager creates a meal plan for offenders. If, however, the kitchen does not have the requisite ingredients for the suggested menu, a CFSS will adjust the menu accordingly.

3. If an inmate is approved for a kosher diet, he will be added to the religious dietary list and a kosher meal prepared for him under the supervision of a CFSS. In my estimation, there have been between seven and twelve food service supervisors at any given time between December of 2015 and the present date.

4. All kosher meals prepared under my supervision for Robert Peden were done in accordance with kosher dietary and preparatory restrictions.

5. To the best of my knowledge, all kosher meals are prepared in compliance with the requirements of a kosher diet. The vast majority of kosher meals are ordered from a third party contractor and affixed with the Ⓤ logo, indicating that the meal is kosher. The meals come pre-cooked and sealed in a film. The inmates working under my supervision will re-heat the meals

in the microwave or oven. At no point do the inmates touch or prepare the food beyond heating it.

6. At some point, Mr. Peden requested that any food prepared under my supervision be adjusted to include an egg-free diet due to a food allergy.

7. I informed Mr. Peden that as a CFSS, I cannot approve dietary requests. I advised Mr. Peden to provide medical documentation in regard to his egg allergy. To date, Mr. Peden has never shown me any medical documentation in regard to an egg allergy. To the best of my knowledge, Mr. Peden has not provided any CFSS dietary managers medical documentation of his egg allergy. However, IDOC does offer a vegan diet which does not contain eggs.

8. Additionally, I informed Mr. Peden that IDOC typically does not recognize food allergies. This is an IDOC policy and I have no control over the implementation or adherence to such a policy.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2017.

JONATHAN BROWN

OFFICIAL SEAL
GAYLA HICKS
Notary Public - State of Illinois
My Commission Expires 9/14/2020

October 6, 2017